**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02807-REB-MJW

RICHARD VARLEY,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on plaintiff's **Motion For Attorney Fees** [#9][2] filed February 7, 2012.  The motion is **STRICKEN** for failure to comply with D.C.COLO.LCivR 7.1A.

    Dated:  February 8, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.